LONNIE YAWN, Appellant, v CARLOS COTTO et al., Respondents.—Order unanimously reversed, without costs, and order of Rochester City Court reinstated. Memorandum: CPLR 3217 (subd [b]) providing for voluntary discontinuance, should be liberally construed. In the absence of any showing of prejudice there was no abuse of discretion by the City Court Judge in granting the motion. (Appeal from order of Monroe County Court—discontinuance action.) Present—Simons, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ.